**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| MALORIE CILLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-00241-WLS |
| | ) | |
| BUREAU OF COLLECTION RECOVERY, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, MALORIE CILLI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Dated: October 4, 2011           By:   /s/ Peter Cozmyk

Peter Cozmyk, Esq.
Attorney for Plaintiff
Ohio Registration No. 0078862
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400 x 213
pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to Attorney for Defendant by the Court's CM/ECF system.


/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff