IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALORIE CILLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 11-241 |
| | ) |
| BUREAU OF COLLECTION RECOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 6th day of October, 2011, the Court has been advised by counsel for Plaintiff, Malorie Cilli, that this civil action has been settled and that the only remaining matters to be completed are the execution of the settlement agreement and submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). Because it appears that there is no further action required by the Court at this time, the case will be closed administratively. This Order should not be considered a dismissal or disposition of this case. Should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this Order had not been entered.

William L. Standish
United States District Judge